160 A.3d 1280

IN THE MATTER OF BENJAMIN H. PERKEL, AN ATTORNEY
AT LAW (ATTORNEY NO. 009642010)

June 2, 2017

## ORDER

This matter having been duly presented, it is ORDERED that
**BENJAMIN H. PERKEL** of **PHILADELPHIA, PENNSYLVA-
NIA,** who was admitted to the bar of this State in 2010, and who
was suspended from the practice of law for a period of three
months, retroactive to May 27, 2015, by Order of this Court filed
January 12, 2017, be restored to the practice of law, effective
immediately.

160 A.3d 1281

IN THE MATTER OF AHMAD LOTF DESOKY, AN ATTORNEY
AT LAW (ATTORNEY NO. 002632007)

June 2, 2017

## ORDER

This matter having been duly presented, it is ORDERED that
**AHMAD LOTF DESOKY** of **FRANKLIN LAKES,** who was
admitted to the bar of this State in 2007, and who has been
suspended from the practice of law since March 1, 2012, pursuant
to Orders of this Court filed March 2, 2012, and May 5, 2016, be
restored to the practice of law, effective immediately.